IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CENTENNIAL BANK, successor in
interest to Coastal Community
Bank,

    Plaintiff,

vs.                                    CASE NO. 5:10cv309/RS-EMT

BERNARD S. SMITH,

    Defendant.
_____/

## ORDER

Before me is Plaintiff's/Counter-Defendant's Motion To Dismiss Bernard S. Smith's Counterclaim (Doc. 15). Defendant has not filed a response. N.D. Fla. Loc. R. 7.1(C)(1) provides, "Failure to file a responsive memorandum may be sufficient cause to grant the motion."

**IT IS ORDERED** that Defendant's Counterclaims (Doc. 11) are dismissed.

**ORDERED** on February 3, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**